# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JOHNNY JAY MACK                                            PLAINTIFF

V.                  NO: 4:13CV00043 SWW/HDY

TERRY BAILEY *et al*.                                     DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Pope County Detention Center are DISMISSED WITH PREJUDICE, and the detention center's name is removed as a party Defendant.

DATED this 25th day of March, 2013.

                                                             /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE